| | |
|---|---|
| James W. Geriak (State Bar No. 32871)<br>Kurt T. Mulville (State Bar No. 149218)<br>Mark A. Stirrat (State Bar No. 229448)<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>4 Park Plaza, Suite 1600<br>Irvine, CA  92614<br>Telephone:   949-567-6700<br>Facsimile:    949-567-6710<br>Email:   jgeriak@orrick.com<br>         kmulville@orrick.com<br>         mstirrat@orrick.com<br><br>Monte Cooper (State Bar No. 196746)<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>1000 Marsh Road<br>Menlo Park, CA  94025<br>Telephone:   650-614-7400<br>Facsimile:    650-614-7401<br>Email:   mcooper@orrick.com<br><br>Attorneys for Plaintiff<br>XOFT MICROTUBE, INC. | Henry C. Bunsow (CSB No. 60707)<br>Henry C. Su (CSB No. 211202)<br>HOWREY LLP<br>525 Market Street, Suite 3600<br>San Francisco, California  94105<br>Telephone:  (415) 848-4900<br>Facsimile:  (415) 848-4999<br><br>Attorneys for Defendants<br>CYTYC CORPORATION and<br>PROXIMA THERAPEUTICS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION                    *E-FILED - 4/19/06*

| | |
|---|---|
| XOFT MICROTUBE, INC., a Delaware corporation,<br><br>                    Plaintiff,<br><br>         v.<br><br>CYTYC CORPORATION, a Delaware corporation, and PROXIMA THERAPEUTICS, INC., a Delaware corporation,<br><br>                    Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No.  C 05-05312 RMW<br><br>**STIPULATION REGARDING REQUEST FOR AN ORDER FOR RELIEF FROM CASE MANAGEMENT SCHEDULE PURSUANT TO CIVIL L.R. 16-2(e) AND [PROPOSED] ORDER** |

## STIPULATION

1. Due to a pre-existing commitment to speak at a professional seminar on the part of Plaintiff's lead trial counsel Mr. Geriak and assisting counsel Mr. Mulville, which conflicts with the Case Management Conference scheduled for April 28, 2006, at 10:30 a.m., Plaintiff Xoft microTube, Inc. has asked Defendants Cytyc Corporation and Proxima Therapeutics, Inc. ("Defendants") to stipulate to continuing the Case Management Conference to another mutually agreed date.

2. Defendants do not object to Plaintiff's request.

3. The next-available court date that does not present a conflict for lead trial counsel for either party is May 26, 2006.

4. Accordingly, subject to the Court's approval, the parties through their undersigned counsel hereby stipulate and agree to continue the Case Management Conference until Friday, May 26, 2006, at 10:30 a.m., or at such time on that date as they may be heard by the Court.

5. Both parties have indicated their agreement to the stipulation by the signatures of their counsel below. For good cause shown, the parties respectfully request that the Court approve the Stipulation pursuant to Civil L.R. 16-2(e) and enter an order thereupon.

Dated: **April 6, 2006**

James W. Geriak
Kurt T. Mulville
Monte Cooper
Mark A. Stirrat
ORRICK, HERRINGTON & SUTCLIFFE

By: ___s/ Kurt T. Mulville___
      KURT T. MULVILLE

Attorneys for Plaintiff
Xoft Microtube, Inc.

Henry C. Bunsow
Henry C. Su
HOWREY LLP

By: ___s/ Henry C. Su by s/ Kurt T. Mulville___
      HENRY C. SU

Attorneys for Defendants
Cytyc Corporation and Proxima Therapeutics, Inc.

1  I, Kurt T. Mulville, am the ECF User whose identification and password are being used to
2  file this Stipulation and [Proposed] Order Continuing Further Case Management Conference.
3  Pursuant to General Order 45.X.B, I hereby attest that Henry C. Su of Howrey LLP, counsel for
4  Defendants, has concurred in this filing.

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1 <u>PROPOSED ORDER</u>

2 PURSUANT TO STIPULATION, IT IS SO ORDERED: that the Case Management
3 Conference Scheduled for April 28, 2006, at 10:30 a.m. is continued until Friday, May 26, 2006,
4 at 10:30 a.m.

5

6

7 Dated: 4/19/06        /S/ RONALD M. WHYTE
   The Honorable Ronald M. Whyte
8   United States District Court Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that on **April 6, 2006**, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to the following individual:

Henry C. Su
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, CA 94105
Telephone: (415) 848-4900
Facsimile: (415) 848-4999
suh@howrey.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on **April 6, 2006**, at Irvine, California.

s/Kurt T. Mulville
Kurt T. Mulville