UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

\*E-FILED - 5/19/06\*

XOFT MICROTUBE, INC.,

          Plaintiff(s),

          v.

CYTYC CORPORATION, et al.

          Defendant(s).
_____/

CASE NO. C 05-05312 RMW

STIPULATION AND [~~PROPOSED~~]
ORDER SELECTING ADR PROCESS

    Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
        Non-binding Arbitration (ADR L.R. 4)
        Early Neutral Evaluation (ENE)   (ADR L.R. 5)
✓      Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
        Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
    ✓    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

        other requested deadline _____

Dated: 05/03/2006

        s/James W. Geriak
        Attorney for Plaintiff

Dated: 05/03/2006

        s/Henry C. Su
        Attorney for Defendant

[PROPOSED] ORDER

    Pursuant to the Stipulation above, the captioned matter is hereby referred to:
        Non-binding Arbitration
        Early Neutral Evaluation (ENE)
✓      Mediation
        Private ADR

    Deadline for ADR session
✓      90 days from the date of this order.
        other

IT IS SO ORDERED.

Dated: 5/19/06

/S/ RONALD M. WHYTE
Ronald M. Whyte
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that on **May 3, 2006**, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to the following individual(s):

> Henry C. Bunsow
> Henry C. Su
> HOWREY LLP
> 525 Market Street, Suite 3600
> San Francisco, CA  94105
> Telephone:  (415) 848-4900
> Facsimile:  (415) 848-4999
> bunsowh@howrey.com
> suh@howrey.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on **May 3, 2006**, at Irvine, California.

s/James W. Geriak
**James W. Geriak**

US_WEST:260011754.1