1  James W. Geriak (State Bar No. 32871)
   Kurt T. Mulville (State Bar No. 149218)
2  Mark A. Stirrat (State Bar No. 229448)
   ORRICK, HERRINGTON & SUTCLIFFE LLP
3  4 Park Plaza, Suite 1600
   Irvine, CA  92614
4  Telephone:      949-567-6700
   Facsimile:      949-567-6710
5  Email:          jgeriak@orrick.com
                   kmulville@orrick.com
6                  mstirrat@orrick.com

7  Monte Cooper (State Bar No. 196746)
   ORRICK, HERRINGTON & SUTCLIFFE LLP
8  1000 Marsh Road
   Menlo Park, CA  94025
9  Telephone:      650-614-7400
   Facsimile:      650-614-7401
10 Email:          mcooper@orrick.com

11 Attorneys for Plaintiff
   XOFT, INC.
12

13                    UNITED STATES DISTRICT COURT

14                 NORTHERN DISTRICT OF CALIFORNIA

15                      SAN JOSE DIVISION          *E-FILED - 12/18/06*

16

17 XOFT, INC., a Delaware corporation,        Case No.  C 05-05312 RMW

18                Plaintiff,                   [PROPOSED] ORDER ALLOWING
                                               EQUIPMENT TO BE BROUGHT IN
19        v.                                   FOR THE DECEMBER 20, 2006
                                               TUTORIAL AND HEARING
20 CYTYC CORPORATION, a Delaware
   corporation, and PROXIMA
21 THERAPEUTICS, INC., a Delaware
   corporation,
22
                  Defendants.
23

24 AND RELATED COUNTERCLAIMS.

25

26

27

28

OHS West:260115206.1

1    Plaintiff Xoft, Inc. respectfully requests permission from the Court to be allowed to bring

2 in and set up equipment described on the attached Schedule A, on December 19, 2006.  This

3 equipment is to be used at the tutorial and claim construction hearing scheduled for December 20,

4 2006, in the above-entitled action.  This equipment will be used solely for the purposes of the

5 tutorial and the hearing.  Some of this equipment cannot go through x-ray machines and will need

6 to be searched by other means.

7            Respectfully submitted,

8 Dated: **November 21, 2006**    ORRICK, HERRINGTON & SUTCLIFFE LLP

9

10         By      s/James W. Geriak
11               James W. Geriak
                Kurt T. Mulville
12               Mark A. Stirrat
                Monte Cooper
13             Attorneys for Plaintiff
                 XOFT, INC.

14

15

16    The Court hereby **GRANTS** Xoft, Inc.'s request to bring in the equipment listed on the

17 attached Schedule A for the December 20, 2006 tutorial and hearing.  The equipment may be

18 brought in and set up on December 19, 2006, the day before the tutorial and hearing.  Counsel for

19 Xoft is to coordinate as needed with the U.S. Marshall's office and the courtroom deputy, Jackie

20 Vierra.

21    **IT IS SO ORDERED.**

22

23 Dated:  12/18/06      /s/ Ronald M. Whyte
                Honorable Ronald M. Whyte
24              United States District Judge

25

26

27

28

1

## SCHEDULE A

2

**List of Equipment to be brought in on December 19, 2006**

3

4    1.    Physical:  Axxent™ Electronic Brachytherapy System including, but not limited to the

5    Axxent™ HDR X-ray Source 2.2, Axxent™ Balloon Applicator-BR, Axxent™ Controller,

6    Axxent™ FlexiShield, and supplies

7    2.    Treatment Planning Laptop

8    3.    Physical:  mannequin

9    4.    Physical:  drapes

10   5.    Physical:  USB Flash Memory

11   6.    Physical:  Cooling Tube Set

12   7.    Physical:  Sterile Water Bag

13   8.    Bar Codes

14   9.    Physical:  Rolling Shield Screen

15   10.   Associated wires, cables, peripherals, extension cords, power strips, adapters, and tools to

16   install and connect the above equipment.

17

18

19

20

21

22

23

24

25

26

27

28

1

## CERTIFICATE OF ELECTRONIC SERVICE

2      I hereby certify that on **November 21, 2006**, I electronically filed the foregoing document

3   with the Clerk of the Court using the CM/ECF system, which will send electronic notification of

4   such filing to the following individual(s):

5
                          Henry C. Bunsow
                          Henry C. Su
6                         HOWREY LLP
                          525 Market Street, Suite 3600
7                         San Francisco, CA  94105
                          Telephone:  (415) 848-4900
8                         Facsimile:  (415) 848-4999
                          bunsowh@howrey.com
9                         suh@howrey.com

10

11      I declare under penalty of perjury under the laws of the State of California that the

12   foregoing is true and correct.  Executed on **November 21, 2006**, at Irvine, California.

13

14                                               s/James W. Geriak
                                                 James W. Geriak
15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER ALLOWING EQUIPMENT TO BE
BROUGHT IN FOR 12/20/06 TUTORIAL & HEARING
CASE NO. C 05-05312 RMW