1  [COUNSEL LISTED ON SIGNATURE PAGE]

2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 3/30/07*

| | |
|---|---|
| XOFT MICROTUBE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>CYTYC CORPORATION, a Delaware corporation, and PROXIMA THERAPEUTICS, INC., a Delaware corporation,<br><br>Defendants. | Case No. C 05-05312 RMW<br><br>**STIPULATION PURSUANT TO CIVIL L.R. 6-2 AND [] ORDER TO EXTEND FILING DEADLINE OF OPPOSITION AND REPLY ON MOTION FOR SUMMARY JUDGMENT BY ONE WEEK**<br><br>**Date: May 4, 2007**<br>**Time: 9:00 am**<br>**Room: Courtroom 6, 4th Floor**<br>**Judge: Hon. Ronald M. Whyte** |
| AND RELATED COUNTERCLAIMS. | |

OHS West:260115552.1

STIPULATION AND [] ORDER TO
EXTEND BRIEFING SCHEDULE
CASE NO. C 05-05312 RMW

1  WHEREAS, the Court on its own continued the hearing on Xoft's Motion for Summary Judgment re U.S. Patent No. 6,413,204 (the "Motion," Doc. No. **84**) from April 20, 2007 to May 4, 2007 (Doc. No. **91**);

4  WHEREAS, the current deadline for Cytyc's Opposition to that Motion is March 30, 2007 and for Xoft's Reply is April 6, 2007;

6  WHERAS, counsel for the parties have conferred and agree that the deadline for filing the Opposition and Reply briefs for the Motion should be extended by one week;

8  NOW THEREFORE, the parties, through their respective counsel of record, subject to the approval of the Court, hereby stipulate, agree, and jointly apply to the Court for an Order in the above-entitled action amending the briefing schedule as follows:

11  Cytyc's Opposition to Xoft's Motion shall be due on or before April 6, 2007; and

12  Xoft's Reply to the Motion shall be due on or before April 13, 2007.

13  It is SO STIPULATED.

DATED: March 28, 2007             HOWREY LLP

　　　　　　　　　　　　　　　　　　By: /s/ Henry C. Su
　　　　　　　　　　　　　　　　　　　　　Henry C. Su

　　　　　　　　　　　　　　　　　　Henry C. Bunsow (SBN 60707)
　　　　　　　　　　　　　　　　　　bunsowh@howrey.com
　　　　　　　　　　　　　　　　　　Henry C. Su (SBN 211202)
　　　　　　　　　　　　　　　　　　suh@howrey.com
　　　　　　　　　　　　　　　　　　HOWREY LLP
　　　　　　　　　　　　　　　　　　525 Market Street, Suite 3600
　　　　　　　　　　　　　　　　　　San Francisco, California  94105
　　　　　　　　　　　　　　　　　　Telephone:  (415) 848-4900
　　　　　　　　　　　　　　　　　　Facsimile:  (415) 848-4999

　　　　　　　　　　　　　　　　　　Attorneys for Defendants CYTYC CORPORATION and CYTYC SURGICAL PRODUCTS II, INC.

DATED:  March 28, 2007                    ORRICK, HERRINGTON & SUTCLIFFE LLP


By: /s/ Kurt T. Mulville
    Kurt T. Mulville

    James W. Geriak (SBN 32871)
    jgeriak@orrick.com
    Kurt T. Mulville (SBN 149218)
    kmulville@orrick.com
    Thomas J. Gray (SBN 191411)
    tgray@orrick.com
    Mark Stirrat (SBN 229448)
    mstirrat@orrick.com
    ORRICK, HERRINGTON & SUTCLIFFE LLP
    4 Park Plaza, Suite 1600
    Irvine, CA  92614
    Telephone: (949) 567-6700
    Facsimile: (949) 567-6710

    Monte Cooper (SBN 196746)
    mcooper@orrick.com
    ORRICK, HERRINGTON & SUTCLIFFE LLP
    1000 Marsh Road
    Menlo Park, CA  94025
    Telephone: (650) 614-7400
    Facsimile: (650) 614-7401


    Attorneys for Plaintiff XOFT, INC.



Filer's Attestation:  Pursuant to General Order No. 45, § X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from each of its signatories.


Dated:  March 28, 2007                    By:  /s/Henry C. Su

1 **ORDER**

2      PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4   Dated: 3/30/07 _____

5

6   *Ronald M. Whyte*
    _____
    RONALD M. WHYTE

7   United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28