James W. Geriak (State Bar No. 32871)
Kurt T. Mulville (State Bar No. 149218)
Thomas J. Gray (State Bar No. 191411)
Mark Stirrat (State Bar No. 229448)
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614
Telephone:    949-567-6700
Facsimile:    949-567-6710
Email:        jgeriak@orrick.com
              kmulville@orrick.com
              tgray@orrick.com
              mstirrat@orrick.com

Monte Cooper (State Bar No. 196746)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone:    650-614-7400
Facsimile:    650-614-7401
Email:        mcooper@orrick.com

Attorneys for Plaintiff
XOFT, INC.

*E-FILED 6/18/07*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| XOFT, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>CYTYC CORPORATION, a Delaware corporation, and PROXIMA THERAPEUTICS, INC., a Delaware corporation,<br><br>Defendants. | Case No. C 05-05312 RMW<br><br>[PROPOSED] ORDER GRANTING XOFT, INC.'S CIVIL LOCAL RULE 79-5(D) MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE UNDER SEAL EXHIBIT 1 TO THE DECLARATION OF MONTE M.F. COOPER IN SUPPORT OF XOFT, INC.'S MOTION TO COMPEL CYTYC TO PROVIDE VERIFIED RESPONSES WITHOUT OBJECTION TO XOFT'S FIRST SET OF INTERROGATORIES, INCLUDING (BUT NOT LIMITED TO) INTERROGATORIES 19 & 26-37 |
| AND RELATED COUNTERCLAIMS. | **Honorable Richard Seeborg**<br>Ctrm: 4, 5th Floor<br>Date: June 27, 2007<br>Time: 9:30 a.m. |

This matter came before the Court on Xoft's Civil Local Rule 79-5(d) Miscellaneous Administrative Request to File Under Seal Exhibit 1 to the Declaration of Monte M.F. Cooper in Support of Xoft, Inc.'s Motion to Compel Cytyc to Provide Verified Responses Without Objections to Xoft's First Set of Interrogatories, Including (But Not Limited To) Interrogatories 19 & 26-37 ("Cooper Declaration"). Having considered the pleadings and papers on file, the Court HEREBY ORDERS that the Administrative Request is GRANTED, as follows:

 (1) Exhibit 1 to the Cooper Declaration shall be filed under seal; and

 (2) Only the Court and court personnel may inspect the records sealed by this Order.

**SO ORDERED.**

Dated: June 14, 2007, 2007

Honorable Richard Seeborg
United States District Court Judge

## CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that on **May 23, 2007**, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to the following individual(s):

>Henry C. Bunsow
>Henry C. Su
>HOWREY LLP
>525 Market Street, Suite 3600
>San Francisco, CA 94105
>Telephone: (415) 848-4900
>Facsimile: (415) 848-4999
>bunsowh@howrey.com
>suh@howrey.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on **May 23, 2007**, at Irvine, California.

**s/Thomas J. Gray**
**Thomas J. Gray**
