1  Henry C. Bunsow (CSB No. 60707)
   bunsowh@howrey.com
2  Henry C. Su (CSB No. 211202)
   suh@howrey.com
3  HOWREY LLP
   525 Market Street, Suite 3600
4  San Francisco, California  94105
   Telephone:  (415) 848-4900
5  Facsimile:   (415) 848-4999

*E-FILED 6/18/07*

6  Attorneys for Defendants CYTYC CORPORATION
   And CYTYC SURGICAL PRODUCTS II, INC.
7

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                         SAN JOSE DIVISION

11 XOFT, INC.,                         ) Case No. CV 05-05312 RMW (RS)
                                       )
12         Plaintiff,                  ) **[PROPOSED] ORDER SEALING EXHIBIT**
                                       ) **1 TO THE DECLARATION OF MONTE**
13     vs.                             ) **M.F. COOPER IN SUPPORT OF XOFT'S**
                                       ) **MOTION TO COMPEL CYTYC TO**
14 CYTYC CORPORATION and PROXIMA       ) **PROVIDE VERIFIED RESPONSES**
   THERAPEUTICS, INC.,                 ) **WITHOUT OBJECTION TO XOFT'S**
15                                     ) **FIRST SET OF INTERROGATORIES,**
           Defendants.                 ) **INCLUDING (BUT NOT LIMITED TO)**
16                                     ) **INTERROGATORIES 19 & 26-37 (DOC.**
                                       ) **NO. 139).**
17                                     )
   AND RELATED COUNTERCLAIMS.          )
18                                     )
                                         Date:  July 11, 2007
19                                       Time:  9:30 am
                                         Room:  Courtroom 4 (5th Floor)
20                                       Judge: Hon. Richard Seeborg

21

22

23

24

25

26

27

28 [PROPOSED] ORDER SEALING EXS.
   Case No. CV 05-05312 RMW (RS)

**HOWREY LLP**

DM_US:20492078_1

**[PROPOSED] ORDER**

The Court, having considered Xoft, Inc.'s Administrative Motion To File Under Seal Exhibit 1 To The Declaration Of Monte M.F. Cooper In Support Of Xoft's Motion To Compel Cytyc To Provide Verified Responses Without Objection To Xoft's First Set Of Interrogatories, Including (But Not Limited To) Interrogatories 19 & 26-37 (Doc. No. 139), and the Declaration of Henry C. Su in support of that motion, finds that good cause exists pursuant to Civil L.R. 79-5 for the Motion and hereby orders that the Motion is GRANTED in as to Exhibits 11 and 19-25.

The clerk shall maintain under Seal the Confidential Versions of Exhibit 1 To The Declaration Of Monte M.F. Cooper In Support Of Xoft's Motion To Compel Cytyc To Provide Verified Responses Without Objection To Xoft's First Set Of Interrogatories, Including (But Not Limited To) Interrogatories 19 & 26-37 (Doc. No. 139).

It is SO ORDERED.

Dated: June 14, 2007

RICHARD SEEBORG
United States District Court Magistrate Judge

HOWREY LLP

[PROPOSED] ORDER SEALING EXS.            -1-
Case No. CV 05-05312 RMW (RS)

**CERTIFICATE OF SERVICE**

As required by Civil Local Rule 5-6(a)(2), the undersigned hereby certifies that on June 6, 2007, a true and correct copy of:

**[PROPOSED] ORDER SEALING EXHIBIT 1 TO THE DECLARATION OF MONTE M.F. COOPER IN SUPPORT OF XOFT'S MOTION TO COMPEL CYTYC TO PROVIDE VERIFIED RESPONSES WITHOUT OBJECTION TO XOFT'S FIRST SET OF INTERROGATORIES, INCLUDING (BUT NOT LIMITED TO) INTERROGATORIES 19 & 26-37 (DOC. NO. 139).**

was served on the following counsel of record for Xoft, Inc. electronically through this Court's Electronic Case Filing System, in accordance with Civil Local Rule 5-5(b):

James W. Geriak
jgeriak@orrick.com
Kurt T. Mulville
kmulville@orrick.com
Thomas J. Gray
tgray@orrick.com
Mark Stirrat
mstirrat@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza
Suite 1600
Irvine, CA  92614
Telephone: (949) 567-6700
Facsimile: (949) 567-6710

Monte M.F. Cooper
mcooper@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone: (650) 614-7400
Facsimile: (650) 614-7401

            /s/ Henry C. Su
             Henry C. Su

HOWREY LLP

CERTIFICATE OF SERVICE    1
Case No. CV 05-05312 RMW (RS)

DM_US\8421162.v1