Henry C. Bunsow (CSB No. 60707)
bunsowh@howrey.com
Henry C. Su (CSB No. 211202)
suh@howrey.com
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, California 94105
Telephone: (415) 848-4900
Facsimile: (415) 848-4999

*E-FILED 6/18/07*

Attorneys for Defendants CYTYC CORPORATION
And CYTYC SURGICAL PRODUCTS II, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| XOFT, INC.,<br><br>    Plaintiff,<br><br>    vs.<br><br>CYTYC CORPORATION and PROXIMA THERAPEUTICS, INC.,<br><br>    Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. CV 05-05312 RMW (RS)<br><br>**[PROPOSED] ORDER SEALING EXHIBITS C AND E TO THE DECLARATION OF MARK STIRRAT IN SUPPORT OF XOFT'S MOTION TO COMPEL RESPONSES TO XOFT'S THIRD SET OF INTERROGATORIES (DOC. NO. 162).**<br><br>Date: July 11, 2007<br>Time: 9:30 am<br>Room: Courtroom 4 (5th Floor)<br>Judge: Hon. Richard Seeborg |

[PROPOSED] ORDER SEALING EXS.
Case No. CV 05-05312 RMW (RS)

HOWREY LLP

DM_US:20490062_1

**[PROPOSED] ORDER**

The Court, having considered Xoft, Inc.'s Administrative Motion To File Under Seal Exhibits C and E to the Declaration Of Mark Stirrat In Support Of Xoft's Motion To Compel Responses To Xoft's Third Set Of Interrogatories (Doc. No. 162), and the Declaration of Katharine L. Altemus in support of that motion, finds that good cause exists pursuant to Civil L.R. 79-5 for the Motion and hereby orders that the Motion is GRANTED in its entirety.

The clerk shall maintain under Seal the Confidential Versions of Exhibits C and E to the Declaration of Mark Stirrat In Support Of Xoft's Motion To Compel Responses To Xoft's Third Set Of Interrogatories (Doc. No. 162).

It is SO ORDERED.

Dated: June 14, 2007

RICHARD SEEBORG
United States District Court Magistrate Judge

HOWREY LLP

[PROPOSED] ORDER SEALING EXS.                       -1-
Case No. CV 05-05312 RMW (RS)

**CERTIFICATE OF SERVICE**

As required by Civil Local Rule 5-6(a)(2), the undersigned hereby certifies that on June 6, 2007, a true and correct copy of:

**[PROPOSED] ORDER SEALING EXHIBITS C AND E TO THE DECLARATION OF MARK STIRRAT IN SUPPORT OF XOFT'S MOTION TO COMPEL RESPONSES TO XOFT'S THIRD SET OF INTERROGATORIES (DOC. NO. 162).**

was served on the following counsel of record for Xoft, Inc. electronically through this Court's Electronic Case Filing System, in accordance with Civil Local Rule 5-5(b):

James W. Geriak
jgeriak@orrick.com
Kurt T. Mulville
kmulville@orrick.com
Thomas J. Gray
tgray@orrick.com
Mark Stirrat
mstirrat@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza
Suite 1600
Irvine, CA  92614
Telephone: (949) 567-6700
Facsimile: (949) 567-6710

Monte M.F. Cooper
mcooper@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone: (650) 614-7400
Facsimile: (650) 614-7401

                                                      /s/ Katharine L. Altemus
                                                         Katharine L. Altemus