| | |
|---|---|
| James W. Geriak (State Bar No. 32871)<br>Kurt T. Mulville (State Bar No. 149218)<br>Thomas J. Gray (State Bar No. 191411)<br>Mark Stirrat (State Bar No. 229448)<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>4 Park Plaza, Suite 1600<br>Irvine, CA  92614<br>Telephone:     949-567-6700<br>Facsimile:      949-567-6710<br>Email:           jgeriak@orrick.com<br>                      kmulville@orrick.com<br>                      tgray@orrick.com<br>                      mstirrat@orrick.com | *E-FILED 6/18/07* |

Monte Cooper (State Bar No. 196746)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone:     650-614-7400
Facsimile:      650-614-7401
Email:           mcooper@orrick.com

Attorneys for Plaintiff
XOFT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| XOFT, INC., a Delaware corporation,<br><br>            Plaintiff,<br><br>     v.<br><br>CYTYC CORPORATION, a Delaware corporation, and PROXIMA THERAPEUTICS, INC., a Delaware corporation,<br><br>            Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No.  C 05-05312 RMW RS<br><br>**STIPULATION REGARDING REQUEST FOR AN ORDER CHANGING TIME PURSUANT TO CIVIL L.R. 6-2**  AND ORDER THEREON<br><br>**Judge:  Hon. Richard Seeborg<br>Ctrm:  4, 5th Floor<br>Date:  June 27, 2007<br>Time:  9:30 a.m.** |

OHS West:260252459.1

STIPULATION REGARDING REQUEST FOR AN ORDER
CHANGING TIME PURSUANT TO CIVIL L.R. 6-2

# STIPULATION

1. Due to a complete power failure on Wednesday, June 13, 2007, that affected the Irvine, California office of counsel for Plaintiff Xoft, Inc. ("Xoft"), Xoft contacted Defendants Cytyc Corporation, and Proxima Therapeutics, Inc. ("Defendants") to stipulate to a one (1) day extension of time, until Thursday, June 14, 2007, for Xoft to file its Reply Memorandum In Support Of Xoft, Inc.'s Motion To Compel Cytyc To Provide Verified Responses Without Objection To Xoft's First Set Of Interrogatories, Including (But Not Limited To) Interrogatories 19 & 26-37 ("Reply").

2. Defendants agreed to Xoft's request.

3. The parties, through their respective counsel of record as reflected by the signatures below, subject to the approval of the Court, hereby stipulate, agree, and jointly apply to the Court, pursuant to Civil L.R. 6-2 for an Order allowing Xoft to file its Reply no later than Thursday, June 14, 2007. A form of proposed Order is filed herewith.

Respectfully submitted,

DATED: June 14, 2007                ORRICK, HERRINGTON & SUTCLIFFE


By:   s/Thomas J. Gray/
                Thomas J. Gray

Attorneys for Plaintiff Xoft, Inc.


DATED: June 14, 2007                HOWREY LLP


By:   s/ Henry Su/
                Henry Su

Attorneys for Defendants Cytyc Corporation, and Proxima Therapeutics, Inc.

OHS West:260252459.1                - 1 -

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED: That Plaintiff Xoft, Inc. may file its Reply Memorandum In Support Of Xoft, Inc.'s Motion To Compel Cytyc To Provide Verified Responses Without Objection To Xoft's First Set Of Interrogatories, Including (But Not Limited To) Interrogatories 19 & 26-37 no later than Thursday, June 14, 2007.

IT IS SO ORDERED

DATED: June 18, 2007

_____
Hon. Richard Seeborg
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that on **June 14, 2007**, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to the following individual(s):

>Henry C. Bunsow
>Henry C. Su
>HOWREY LLP
>525 Market Street, Suite 3600
>San Francisco, CA 94105
>Telephone: (415) 848-4900
>Facsimile: (415) 848-4999
>bunsowh@howrey.com
>suh@howrey.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on **June 14, 2007**, at Irvine, California.

>s/Thomas J. Gray/
>Thomas J. Gray

OHS West:260252459.1                               - 3 -