1 | COUNSEL LISTED ON SIGNATURE PAGE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 6/19/07*

| | |
|---|---|
| XOFT, INC., | Case No. CV 05-05312 RMW (RS) |
| Plaintiff, | |
| vs. | **STIPULATION REQUESTING 30-DAY STAY AND ORDER** |
| CYTYC CORPORATION and PROXIMA THERAPEUTICS, INC., | |
| Defendants. | |
| AND RELATED COUNTERCLAIMS. | |

**HOWREY LLP**

Stip. Requesting Stay and Order
Case No. CV 05-05312 RMW (RS)
OHS West:260254218.1

1  WHEREAS, the parties are earnestly engaged in good faith discussions concerning a settlement
2  of this action and the underlying dispute;

3  WHEREAS, the parties and their respective counsel believe that a thirty-day suspension of all
4  case deadlines and proceedings, including hearings already scheduled on this Court's calendar, would
5  allow the parties to focus on their settlement discussions;

6  NOW THEREFORE, the parties, through their respective counsel of record, subject to the
7  approval of the Court, hereby stipulate, agree, and jointly apply to the Court for a thirty-day stay of all
8  deadlines and proceedings in this case.  The hearings scheduled before the Honorable Ronald M.
9  Whyte on July 13, 2007, and the hearing scheduled before the Honorable Richard Seeborg on June 27,
10 2007 and July 11, 2007 shall be rescheduled for August 17, 2007, August 1, 2007 and August 15,
11 2007, respectively, or such other date subsequent to the aforesaid dates as Judge Whyte and Magistrate
12 Judge Seeborg shall set.  Unless the case is sooner dismissed, within five days of the expiration of the
13 stay on July 18, 2007, the parties will file a report advising the Court of the status and outcome, if any,
14 of their settlement discussions.

15  It is SO STIPULATED.

16  DATED:  June 18, 2007        HOWREY LLP

By: /s/ Henry C. Su
    Henry C. Su

Henry C. Bunsow (SBN 60707)
bunsowh@howrey.com
Henry C. Su (SBN 211202)
suh@howrey.com
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, California  94105
Telephone:  (415) 848-4900
Facsimile:  (415) 848-4999

Attorneys for Defendants CYTYC CORPORATION and
CYTYC SURGICAL PRODUCTS II, INC.

HOWREY LLP

Stip. Requesting Stay and Order
Case No.  CV 05-05312 RMW (RS)
OHS West:260254218.1

DATED:  June 18, 2007                    ORRICK, HERRINGTON & SUTCLIFFE LLP


By:  / James W. Geriak
         James W. Geriak

   James W. Geriak (SBN 32871)
   jgeriak@orrick.com
   Kurt T. Mulville (SBN 149218)
   kmulville@orrick.com
   Thomas J. Gray (SBN 191411)
   tgray@orrick.com
   Mark Stirrat (SBN 229448)
   mstirrat@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
   4 Park Plaza, Suite 1600
   Irvine, CA  92614
   Telephone: (949) 567-6700
   Facsimile: (949) 567-6710

   Monte Cooper (SBN 196746)
   mcooper@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
   Menlo Park, CA  94025
   Telephone: (650) 614-7400
   Facsimile: (650) 614-7401

   Attorneys for Plaintiff XOFT, INC.


   Filer's Attestation:  Pursuant to General Order No. 45, § X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from each of its signatories.


Dated:  June 18, 2007                    By:  /s/Henry C. Su

**HOWREY LLP**

Stip. Requesting Stay and Oder
Case No.  CV 05-05312 RMW (RS)
OHS West:260254218.1

2

| | |
|---|---|
| 1 | **ORDER** |
| 2 | PURSUANT TO STIPULATION, IT IS SO ORDERED. |

Dated: 6/19/07

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

HOWREY LLP

Stip. Requesting Stay and [] Order
Case No.  CV 05-05312 RMW (RS)
OHS West:260254218.1

3