1  COUNSEL LISTED ON SIGNATURE PAGE

*E-FILED - 7/24/07*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| XOFT, INC., <br><br> Plaintiff, <br><br> vs. <br><br> CYTYC CORPORATION and PROXIMA THERAPEUTICS, INC., <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS. | Case No. CV 05-05312 RMW (RS) <br><br> **STIPULATION REQUESTING AN ADDITIONAL 30-DAY STAY AND [] ORDER** |

WHEREAS, the parties are earnestly engaged in good faith discussions concerning a settlement of this action and the underlying dispute;

WHEREAS, the parties and their respective counsel previously requested and received from the Court a thirty-day suspension of all case deadlines and proceedings, including hearings already scheduled on this Court's calendar, to allow them to focus on their settlement discussions;

WHEREAS, the current thirty-day stay expires on July 18, 2007, and the parties believe that an additional thirty-day suspension of all case deadlines and proceedings will allow them to bring their

HOWREY LLP

Stip. Requesting Stay and [] Order
Case No.  CV 05-05312 RMW (RS)
OHS West:260254218.1

DM_US:20575832_1

1  settlement discussions to a close (the executives of the parties have met and agreed to a term sheet and
2  a draft settlement agreement is currently circulating between counsel for the parties);
3       NOW THEREFORE, the parties, through their respective counsel of record, subject to the
4  approval of the Court, hereby stipulate, agree, and jointly apply to the Court for an additional thirty-
5  day stay of all deadlines and proceedings in this case.  The hearing provisionally scheduled before the
6  Honorable Ronald M. Whyte on August 17, 2007, and the hearings provisionally scheduled before the
7  Honorable Richard Seeborg on August 1, 2007 and August 15, 2007, shall be rescheduled for
8  September 21, 2007, September 5, 2007 and September 19, 2007, respectively, or such other dates
9  subsequent to the aforesaid dates as Judge Whyte and Magistrate Judge Seeborg shall set.  Unless the
10 case is sooner dismissed, within five days of the expiration of the stay on August 15, 2007, the parties
11 will file a report advising the Court of the status and outcome, if any, of their settlement discussions.
12      It is SO STIPULATED.
13      DATED:  July 16, 2007     HOWREY LLP

By:/s/ Henry C. Su
    Henry C. Su

Henry C. Bunsow (SBN 60707)
bunsowh@howrey.com
Henry C. Su (SBN 211202)
suh@howrey.com
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, California  94105
Telephone:  (415) 848-4900
Facsimile:  (415) 848-4999

Attorneys for Defendants CYTYC CORPORATION and
CYTYC SURGICAL PRODUCTS II, INC.

HOWREY LLP

Stip. Requesting Stay and [] Order
Case No.  CV 05-05312 RMW (RS)
OHS West:260254218.1

DM_US:20575832_1

2

DATED: June 18, 2007                    ORRICK, HERRINGTON & SUTCLIFFE LLP


By:  / James W. Geriak
        James W. Geriak

    James W. Geriak (SBN 32871)
    jgeriak@orrick.com
    Kurt T. Mulville (SBN 149218)
    kmulville@orrick.com
    Thomas J. Gray (SBN 191411)
    tgray@orrick.com
    Mark Stirrat (SBN 229448)
    mstirrat@orrick.com
    ORRICK, HERRINGTON & SUTCLIFFE LLP
    4 Park Plaza, Suite 1600
    Irvine, CA  92614
    Telephone: (949) 567-6700
    Facsimile: (949) 567-6710

    Monte Cooper (SBN 196746)
    mcooper@orrick.com
    ORRICK, HERRINGTON & SUTCLIFFE LLP
    1000 Marsh Road
    Menlo Park, CA  94025
    Telephone: (650) 614-7400
    Facsimile: (650) 614-7401

    Attorneys for Plaintiff XOFT, INC.


    Filer's Attestation:  Pursuant to General Order No. 45, § X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from each of its signatories.


Dated:  June 18, 2007                    By:  /s/Henry C. Su

HOWREY LLP

Stip. Requesting Stay and [ Order
Case No.  CV 05-05312 RMW (RS)
OHS West:260254218.1

3

DM_US:20575832_1

1  **ORDER**

2  PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4  Dated: 7/24/07

5

6  *Ronald M. Whyte*

7  RONALD M. WHYTE
   United States District Judge

HOWREY LLP

Stip. Requesting Stay and [] Order
Case No. CV 05-05312 RMW (RS)
OHS West:260254218.1

4

DM_US:20575832_1