| | |
|---|---|
| 1 | James W. Geriak (State Bar No. 32871)<br>Kurt T. Mulville (State Bar No. 149218)<br>Thomas J. Gray (State Bar No. 191411)<br>Mark Stirrat (State Bar No. 229448)<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>4 Park Plaza, Suite 1600<br>Irvine, CA  92614<br>Telephone:    949-567-6700<br>Facsimile:     949-567-6710<br>Email:          jgeriak@orrick.com<br>                    kmulville@orrick.com<br>                    tgray@orrick.com<br>                    mstirrat@orrick.com | Henry C. Bunsow (State Bar No. 60707)<br>Henry C. Su (State Bar No. 211202)<br>HOWREY LLP<br>525 Market Street, Suite 3600<br>San Francisco, CA  94105<br>Telephone:    415-848-4900<br>Facsimile:     415-848-4999<br>Email:          bunsowh@howrey.com<br>                    suh@howrey.com<br><br>Attorneys for Defendants<br>CYTYC CORPORATION and CYTYC<br>SURGICAL PRODUCTS II, INC. |

Monte Cooper (State Bar No. 196746)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone:    650-614-7400
Facsimile:     650-614-7401
Email:          mcooper@orrick.com

Attorneys for Plaintiff
XOFT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION        ***E-FILED - 8/14/07***

| | |
|---|---|
| XOFT, INC., a Delaware corporation,<br><br>                           Plaintiff,<br><br>          v.<br><br>CYTYC CORPORATION, a Delaware corporation, and PROXIMA THERAPEUTICS, INC., a Delaware corporation,<br><br>                           Defendants. | Case No.  C 05-05312 RMW<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| AND RELATED COUNTERCLAIMS. | |

OHS West:260285743.1

STIPULATION AND ORDER FOR DISMISSAL WITH
PREJUDICE
CASE NO. C 05-05312 RMW

1  IT IS HEREBY STIPULATED AND AGREED by and between the Parties through their
2  respective counsel, subject to the approval of the Court, that pursuant to the Parties' Settlement
3  Release and License Agreement, the above captioned action, including all claims and
4  
5  counterclaims therein, is hereby dismissed with prejudice, all Parties to bear their own costs and
6  attorney fees.

7  ORRICK, HERRINGTON & SUTCLIFFE LLP          HOWREY LLP

8  
9  By: _____                By: _____
       James W. Geriak                              Henry C. Su
10     Orrick, Herrington & Sutcliffe LLP           Howrey LLP
11     4 Park Plaza, Suite 1600                     525 Market Street, Suite 3600
       Irvine, CA 92614                             San Francisco, CA 94105
12     949-567-6700 Telephone                       415-848-4900 Telephone
       949-567-6710 Facsimile                       415-848-4999 Facsimile

13     Attorney for Plaintiff                       Attorneys for Defendants and
       XOFT, INC.                                   Counterclaimants
14                                                  Cytyc Corporation and
                                                    Cytyc Surgical Products II, Inc.
15
16
17
18
19
20                                                  IT IS SO ORDERED:
21
       Dated: 8/14/07                               *Ronald M. Whyte*
22                                                  _____
                                                    The Honorable Ronald M. Whyte
23
24
25
26
27
28

## CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that on **August 14, 2007**, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to the following individual(s):

> Henry C. Bunsow
> Henry C. Su
> HOWREY LLP
> 525 Market Street, Suite 3600
> San Francisco, CA  94105
> Telephone:  (415) 848-4900
> Facsimile:  (415) 848-4999
> bunsowh@howrey.com
> suh@howrey.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on **August 14, 2007**, at Irvine, California.

> s/James W. Geriak
> **JAMES W. GERIAK**