COUNSEL LISTED ON LAST PAGE

***E-FILED - 8/22/07***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

XOFT, INC.,

Plaintiff,

vs.

CYTYC CORPORATION and PROXIMA THERAPEUTICS, INC.,

Defendants.

AND RELATED COUNTERCLAIMS.

Case No. CV 05-05312 RMW

**[] ORDER DENYING XOFT'S MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT ON ALL CLAIMS IN U.S. PATENT NO. 5,913,813 AND GRANTING CYTYC'S CROSS-MOTION FOR SUMMARY JUDGMENT OF INFRINGEMENT OF THE RADIONUCLIDE LIMITATION IN ALL CLAIMS IN U.S. PATENT NO. 5,913,813.**

**ORDER**

The Court, having considered Cytyc Corporation's Motion To File Under Seal Confidential Version Of Defendant And Counterclaimant Cytyc Corporation's Opposition To Xoft's Motion For Summary Judgment Of Non-Infringement On All Claims In U.S. Patent No. 5,913,813 And Cross-Motion For Summary Judgment Of Infringement Of The Radionuclide Limitation In All Claims In U.S. Patent No. 5,913,813 and Certain Exhibits To The Declaration Of Henry C. Su In Support Therof and any declaration filed by Xoft, Inc. in support of the Motion, finds that good cause exists under Civil L.R. 79-5© and (d) for the requested relief and hereby orders that the Motion is GRANTED in its entirety.

The clerk shall maintain under seal the following documents and exhibits:

1. The confidential version of Cytyc Corporation's Opposition To Xoft's Motion For Summary Judgment Of Non-Infringement On All Claims In U.S. Patent No. 5,913,813 And Cross-Motion For Summary Judgment Of Infringement Of The Radionuclide Limitation In All Claims In U.S. Patent No. 5,913,813.

2. Exhibits A, B, C, J, and M to the Declaration of Henry Su In Support Of Cytyc Corporation's Opposition To Xoft's Motion For Summary Judgment Of Non-Infringement On All Claims In U.S. Patent No. 5,913,813 And Cross-Motion For Summary Judgment Of Infringement Of The Radionuclide Limitation In All Claims In U.S. Patent No. 5,913,813.

IT IS SO ORDERED.

Dated: 8/22/07

Ronald M. Whyte

RONALD M. WHYTE
United States District Judge

James W. Geriak (SBN 32871)
jgeriak@orrick.com
Kurt T. Mulville (SBN 149218)
kmulville@orrick.com
Thomas J. Gray (SBN 191411)
tgray@orrick.com
Mark Stirrat (SBN 229448)
mstirrat@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614
Telephone: (949) 567-6700
Facsimile: (949) 567-6710

Monte Cooper (SBN 196746)
mcooper@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 614-7400
Facsimile: (650) 614-7401

Attorneys for Plaintiff XOFT, INC.

Henry C. Bunsow (SBN 60707)
bunsowh@howrey.com
Henry C. Su (SBN 211202)
suh@howrey.com
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, California 94105
Telephone: (415) 848-4900
Facsimile: (415) 848-4999

Attorneys for Defendants CYTYC CORPORATION and CYTYC SURGICAL PRODUCTS II, INC.