IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

XOFT, INC.,

    Plaintiff,

    -v-

CYTYC CORPORATION,

    Defendant.

*E-FILED - 8/23/07*

CASE NO.: C-05-05312-RMW

**SEALING ORDER**

IT IS HEREBY ORDERED that the Declaration of Mark Stirrat in Support of Xoft, Inc.'s Reply for its Motion for Summary Judgment, and Exhibit A to the Under Seal Declaration of Mark Stirrat in Support of Xoft, Inc.'s Reply for its Motion for Summary Judgment shall be filed under seal.

IT IS SO ORDERED.

DATED: August 23, 2007

_Ronald M Whyte_
RONALD M. WHYTE
United States District Judge

2 | Copy of Order E-Filed to Counsel of Record: