IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

XOFT, INC.,

    Plaintiff,

    -v-

CYTYC CORPORATION,

    Defendant.

*E-FILED - 8/23/07*

CASE NO.: C-05-05312-RMW

**SEALING ORDER**

IT IS HEREBY ORDERED that the Second Declaration of Mark Stirrat in Support of Xoft, Inc.'s Motion for Summary Judgment; Exhibit A, B, C, D, E, and F to the Second Declaration of Mark Stirrat in Support of Xoft's Motion for Summary Judgment shall be filed under seal.

IT IS SO ORDERED.

DATED: August 23, 2007

_____
RONALD M. WHYTE
United States District Judge

1
2  Copy of Order E-Filed to Counsel of Record:
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28