IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XOFT, INC.,<br><br>    Plaintiff,<br><br>    -v-<br><br>CYTYC CORPORATION,<br><br>    Defendant. | ***E-FILED - 8/23/07***<br><br>CASE NO.: C-05-05312-RMW<br><br>**SEALING ORDER** |

IT IS HEREBY ORDERED that the Under Seal Supplemental )Post-Hearing) Declaration and Attached Exhibit A - L of Mark Stirrat in Support of Xoft's Motion for Summary Judgment shall be filed under seal.

IT IS SO ORDERED.

DATED: August 23, 2007

_____
RONALD M. WHYTE
United States District Judge

1  Copy of Order E-Filed to Counsel of Record:

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28