IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

XOFT, INC.,

    Plaintiff,

-v-

CYTYC CORPORATION,

    Defendant.

*E-FILED - 9/5/07*

CASE NO.: C-05-05312-RMW

**SEALING ORDER**

IT IS HEREBY ORDERED that Xoft's Under Seal Memorandum Brief, Under Seal Declaration of Paul A. Lovoi, Ph.D, Exhibit 1 to the Under Seal Declaration of Lovoi, and Exhibit 4 to the Under Seal Declaration of Lovoi in Support of Motion for Summary Judgment of Non-Infringement of Claims 19-21, 23-26, 30, 32, and 34-35 of U.S. Patent No.'204 shall be filed under seal.

IT IS SO ORDERED.

DATED: September 5, 2007

_____
RONALD M. WHYTE
United States District Judge

1
2 Copy of Order E-Filed to Counsel of Record:
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28